IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. ) |
| PRIME-TIME PLUMBING, INC., an Illinois Corporation, | ) Judge ) ) ) |
| Defendant. | ) |

FILED: APRIL 10, 2008
08CV2028        AEE
JUDGE HIBBLER
MAGISTRATE JUDGE SCHENKIER

## COMPLAINT

Plaintiffs, TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND (Fund"), by their attorneys, Steven F. McDowell and Philip Brzozowski, of Arnold and Kadjan, complain against Defendant, PRIME-TIME PLUMBING, INC., an Illinois corporation, as follows:

### JURISDICTION AND VENUE

1. This is an action for collection of withdrawal liability and interest incurred by an employer as a result of a withdrawal from a multiemployer pension plan.

2. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA") as amended by the Multiemployer Pension Plan Amendment Acts of 1980, 29 U.S.C. §1001-1461 ("ERISA").

3. This Court has jurisdiction over this action under Sections 502(e), 502(f), and 4301(c) of ERISA, 29 U.S.C. §§1132(e), 1132(f) and 1451(c).

4. Venue lies in this Court under Sections 502(e)(2) and 4301(d) of ERISA, 29 U.S.C. §§1132(e)(2) and 1451(d), in that the Northern Illinois Pension Fund is administered at its principal place of business in Aurora, Illinois in this judicial district.

## PARTIES

5. Plaintiffs are the TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND ("Fund" or "Pension Fund"), and the Pension Fund is a multiemployer pension plan within the meaning of Section 3(37) and 4001(a)(3) of ERISA, 29 U.S.C. §§1002(37) and 1301(a)(3).

6. The present trustees of the Pension Fund are the plan sponsor of the Pension Fund within the meaning of Section 4001(a)(10)(A) of ERISA, 29 U.S.C. §1301(a)(10)(A). The Trustees administer the Pension Fund at 1295 W. Butterfield Road, Aurora, Illinois.

7. Pursuant to Sections 502(a)(3) and 4301(a)(1) of ERISA, 29 U.S.C. §§1132(a)(3) and 1451(a)(1), the Trustees are authorized to bring this action on behalf of the Pension Fund, its participants and beneficiaries for the purpose of collecting withdrawal liability.

8. PRIME-TIME PLUMBING, INC. is an Illinois corporation with its principal place of business located in Oswego, Illinois and is engaged in an industry affecting commerce.

9. PRIME-TIME PLUMBING, INC. is the "employer" for purposes of the determination of withdrawal liability under Title IV of ERISA.

10. PRIME-TIME PLUMBING, INC. was subject to collective bargaining agreements, executed between themselves and Plumbers and Pipefitters Local No. 501, under which PRIME-TIME PLUMBING, INC. was required to make contributions to the Pension Fund on behalf of certain of its employees.

## CLAIM FOR RELIEF

11. The Trustees have determined that PRIME-TIME PLUMBING, INC. permanently ceased to have an obligation to contribute to the Pension Fund, while continuing to perform work in the geographic area of its former collective bargaining agreement with Plumbers Local 501 for which contributions were previously required to the Pension Fund, thereby effecting a "complete withdrawal" as defined in Section 4203 of ERISA, 29 U.S.C. §1383.

12. As a result of this complete withdrawal, PRIME-TIME PLUMBING, INC. incurred withdrawal liability to the Pension Fund in the amount of $6,871.41 as determined under Section 4201(b) of ERISA, 29 U.S.C. §1381(b) (the "Withdrawal Liability").

13. On or about December 4, 2007, PRIME-TIME PLUMBING, INC. received a notice and demand for payment of withdrawal liability issued by the Pension Fund in accordance with Sections 4202(2) and 4219(b)(1) of ERISA, 29 U.S.C. §§1382(2) and 1399(b)(1).

14. The notice notified PRIME-TIME PLUMBING, INC. that it was required to discharge its liability in two (2) quarterly payments of $3,339.77 on January 1, 2008 and April 1, 2008 and a final payment of $262.93 due on July 1, 2008.

15. On or about March 18, 2008 PRIME-TIME PLUMBING, INC., received a notice from the Pension Fund pursuant to 29 U.S.C. 1399(c)(5)(A) that its January 1, 2008 withdrawal liability payment was past due.

16. Pursuant to 29 U.S.C. 1399(c)(2) withdrawal liability payments must be made in accordance with the schedule set forth by the plan sponsor notwithstanding any request for review. No such request for review has been made by PRIME-TIME PLUMBING, INC. and the deadline to request such a review has now expired.

17. To date PRIME-TIME PLUMBING, INC. has not made any of the requested withdrawal liability payments to the Pension Fund, including the payments due on January 1, 2008 and April 1, 2008.

18. As a result of the failure to make these payments, PRIME-TIME PLUMBING, INC. is now liable for the full amount of the two missed withdrawal liability payments of $6,679.54 together with interest for their late payment.

WHEREFORE, Plaintiffs request the following relief:

A. A judgment for the Plaintiffs and against the Defendant PRIME-TIME PLUMBING, INC. for the full amount of its two missed withdrawal liability payments totaling $6,679.540 together with interest for their late payment.

B. Pursuant to 29 U.S.C. 1451(e), an award of all costs and expenses incurred in connection with the action including reasonable attorneys fees.

C. Such further or different equitable relief as the court deems just and proper to protect the assets of the Pension Fund and assure prompt payment.

TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND

By: _____
One of Its Attorneys

STEVEN F. McDOWELL
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415