## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND v. Prime-Time Plumbing, Inc., an Illinois corporation | FILED: APRIL 10, 2008<br>08CV2028            AEE<br>JUDGE HIBBLER<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND

| | |
|---|---|
| NAME (Type or print)<br>STEVEN F. MCDOWELL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ Steven F. McDowell | |
| FIRM<br>Arnold and Kadjan | |
| STREET ADDRESS<br>19 W. Jackson Boulevard, Suite 300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3122527 | TELEPHONE NUMBER<br>(312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐     NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |