# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE NORTHERN ) 
ILLINOIS PENSION FUND ) Docket Number: __08CV2028__
)
) Assigned Judge: __JUDGE HIBBLER__
)
v. ) Designated
) Magistrate Judge: __MAGISTRATE JUDGE SCHENKIER__
)
PRIME-TIME PLUMBING, INC., an )
Illinois corporation )
)

TO: (Name and address of defendant)

    Prime-Time Plumbing, Inc.
    an Illinois corporation
    c/o Its Registered Agent
    Laura D. Stueland
    1605 W. Wilson Street, Suite 112
    Batavia, Illinois 60516

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

    STEVEN F. MCDOWELL
    ARNOLD AND KADJAN
    19 W. Jackson Boulevard, Suite 300
    Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk      Date

**Michael W. Dobbins, Clerk**
*Anya Ellis*
(By) DEPUTY CLERK

**April 10, 2008**
Date

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 4/21/08 @ 11:30

NAME OF SERVER (PRINT) Brian Riebel

TITLE: Process Server

*Check one box below to indicate appropriate method of service-*

[x] Served personally upon the defendant. Place where served: Served Prime-Time Plumbing, Inc c/o Laura Stueland, Reg Agent at office - 1605 W. Wilson Batavia Il W/F, 45, black hair

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/21/08
Date

Signature of Server

Address of Server

THE ARGUS AGENCY INC
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068