IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No.   08 C 2028<br>)<br>) Judge Hibbler |
| PRIME-TIME PLUMBING, INC., an Illinois Corporation, | )<br>) Magistrate Judge Schenkier<br>) |
| Defendant. | ) |

MOTION FOR ENTRY OF DEFAULT JUDGMENT IN SUM CERTAIN

Plaintiffs, Trustees of the Northern Illinois Benefit Fund, by their attorneys, Hugh B. Arnold, Steven F. McDowell and Arnold and Kadjan, move for entry of a Judgment in Sum Certain against Defendant, Prime-Time Plumbing, Inc. and all other members of the Prime-Time Plumbing Control Group. In support of this Motion, Plaintiffs state:

1. Plaintiffs filed their Complaint herein on April 10, 2008.

2. Pursuant to a return of service previously filed with the Court, Defendant, Prime-Time Plumbing, Inc., was properly served through the office of its Registered Agent, Laura Stueland on April 21, 2008.

3. Defendant, Prime-Time Plumbing, Inc., together with all other members of the Prime-Time Plumbing, Inc. Control Group, has failed to appear or answer within the time period allowed by law.

4. Pursuant to the Affidavit of Robert Niksa, Administrative Manager of the Plaintiffs, attached as Exhibit 1, records of the Plaintiffs establish that Prime-Time

Plumbing, Inc., including all members of the Prime Time Plumbing Control Group owe withdrawal liability in the amount of three defaulted payments totaling $6,942.47.

5. Pursuant to the Affidavit of Steven F. McDowell, attached as Exhibit 2, costs of $443.00 have been incurred, together with attorney's fees of $350.00 for the preparation of the Complaint and this Motion, filing costs and process serving costs, for a total of fees and costs of $793.00.

6. Based upon the representations set forth in paragraphs 4 and 5, judgment is sought in the amount of $7,735.47.

WHEREFORE, Plaintiffs pray that this Court enter a default judgment in the amount of $7,735.47 in favor of Plaintiffs and against Defendant, Prime-Time Plumbing, Inc., including all members of the Prime-Time Plumbing, Inc. Control Group.

TRUSTEES OF THE NORTHERN
ILLINOIS PENSION FUND

_____
By One of Their Attorneys

Hugh B. Arnold
Steven F. McDowell
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No.   08 C 2028 ) |
| PRIME-TIME PLUMBING, INC., an Illinois Corporation, | ) Judge Hibbler ) ) Magistrate Judge Schenkier ) |
| Defendant. | ) ) |

AFFIDAVIT OF ROBERT NIKSA

Robert Niksa, upon being duly sworn, on oath deposes and states as follows:

1. I am the Administrative Manager of the Plaintiffs, Trustees of the Northern Illinois Pension Fund. In this capacity I am familiar with the books and records of the Plaintiff Fund, including demands for payment and remittances submitted by employers.

2. I have examined the Fund records regarding withdrawal liability and payments for withdrawal liability of Defendant Prime-Time Plumbing, Inc., together with all other members of the Prime-Time Plumbing Control Group.

3. On or about December 4, 2007, Defendant, Prime-Time Plumbing, Inc. received a notice and demand for payment of withdrawal liability issued by the Pension Fund in accordance with Sections 4202(2) and 4219(b)(1) of ERISA, 29 U.S.C. §§1382(2) and 1399(b)(1). The notice notified Prime-Time Plumbing, Inc. that it was required to discharge its liability in two (2) quarterly payments of $3,339.77 on January 1, 2008 and April 1, 2008 and a final payment of $262.93 due on July 1, 2008.

4.     No payments of any withdrawal liability amounts were received from Defendant, including all members of the Prime-Time Plumbing Control Group.

5.     To this date none of the withdrawal liability amounts have been paid by Defendant, including all members of the Prime-Time Plumbing Control Group. All of the withdrawal liability payments, totaling $6,942.47 are now past due and this represents the total amount of withdrawal liability owed by Defendant, Prime-Time Plumbing, Inc.

6.     I suffer from no infirmities and am competent to testify regarding the above matters, if called as a witness in this proceeding.

_____
ROBERT NIKSA

SUBSCRIBED AND SWORN TO
before me this  8th  day
of July, 2008.

_____
Notary Public

CINDY BORG
Notary Public State of Illinois
No. 522377
Commission Expires Jan. 2, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>PRIME-TIME PLUMBING, INC.,<br>an Illinois Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>) No.   08 C 2028<br>)<br>) Judge Hibbler<br>)<br>) Magistrate Judge Schenkier<br>)<br>) |

AFFIDAVIT OF STEVEN F. MCDOWELL

Steven F. McDowell, upon being duly sworn, on oath deposes and states as follows:

1. I am an attorney licensed to practice law in the State of Illinois. I am a partner of ARNOLD AND KADJAN, attorneys for Plaintiffs in this lawsuit.

2. In that capacity, I am familiar with the books and records of ARNOLD AND KADJAN as they relate to the instant lawsuit. I have examined those books and records and found that legal fees have been incurred for Plaintiffs totaling $ 350.00, representing 2 hours at the firm's current billing rate for this client of $ 175.00 per hour. In addition, court costs of $ 443.00 have been incurred. The fees and costs are for preparation and filing of the instant lawsuit, appearances in court and preparation of this motion. Court costs are for the filing fee and service of the lawsuit upon the Defendant.

3. I certify that the foregoing attorneys' fees and costs, totaling $ 793.00  were

necessary and reasonable.

_____
STEVEN F. MCDOWELL

SUBSCRIBED AND SWORN TO
before me this 9th day
of July, 2008.

_____
Notary Public

Official Seal
John J. Toomey
Notary Public State of Illinois
My Commission Expires 04/10/2009

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>PRIME-TIME PLUMBING, INC.,<br>an Illinois Corporation,<br><br>        Defendant. | No.   08 C 2028<br><br>Judge Hibbler<br><br>Magistrate Judge Schenkier |

## JUDGMENT

Based upon the Motion of Plaintiffs, Trustees of the Northern Illinois Pension Fund for entry of a Judgment in Sum Certain against Defendant, Prime-Time Plumbing, Inc. and all other members of the Prime-Time Plumbing, Inc. Control Group, IT IS HEREBY ORDERED THAT:

Judgment is entered in favor of Plaintiffs, Trustees of the Northern Illinois Pension Fund and against Defendant, Prime-Time Plumbing, Inc. and all other members of the Prime-Time Plumbing Control Group, in the amount of $7,735.47.

_____
JUDGE WILLIAM J. HIBBLER

Hugh B. Arnold
Steven F. McDowell
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois        60604
(312) 236-0415
ATTORNEYS FOR PLAINTIFFS