IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>PRIME-TIME PLUMBING, INC.,<br>an Illinois Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No.   08 C 2028<br>)<br>) Judge Hibbler<br>)<br>) Magistrate Judge Schenkier<br>)<br>) |

NOTICE OF MOTION

To:   Prime-Time Plumbing, Inc.
      an Illinois corporation
      c/o Its Registered Agent
      Laura D. Stueland
      1605 W. Wilson Street, Suite 112
      Batavia, Illinois 60516

    PLEASE TAKE NOTICE that on July 15, 2008, at 9:30 a.m., I will appear before the Honorable Judge Hibbler in Room 1225 and then and there present the attached Motion for Entry of Default Judgment in Sum Certain, a copy of which is attached hereto.

                              Respectfully submitted,

                              s/Steven F. McDowell
                              ARNOLD AND KADJAN
                              19 W. Jackson Blvd., Suite 300
                              Chicago, IL 60604
                              Telephone No.: (312) 236-0415
                              Facsimile No.: (312) 341-0438
                              Dated: July 9, 2008

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 9, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Prime-Time Plumbing, Inc.
an Illinois corporation
c/o Its Registered Agent
Laura D. Stueland
1605 W. Wilson Street, Suite 112
Batavia, Illinois 60516

        **s/Steven F. McDowell**
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: July 9, 2008