Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2028 | DATE | 7/15/2008 |
| CASE TITLE | TRUSTEES OF THE NORTHERN ILL. PEN. FUND vs. PRIME-TIME PLUMBING, INC. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for entry of default judgment in sum certain is granted. Enter Judgment Order in favor of plaintiff and against defendant in the amount of $7,735.47. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:06

