IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, | ) ) ) ) |
| Plaintiffs, | ) ) ) No.   08 C 2028 |
| v. | ) ) ) Judge Hibbler |
| PRIME-TIME PLUMBING, INC., an Illinois Corporation, | ) ) ) Magistrate Judge Schenkier |
| Defendant. | ) ) |

## JUDGMENT

Based upon the Motion of Plaintiffs, Trustees of the Northern Illinois Pension Fund for entry of a Judgment in Sum Certain against Defendant, Prime-Time Plumbing, Inc. and all other members of the Prime-Time Plumbing, Inc. Control Group, IT IS HEREBY ORDERED THAT:

Judgment is entered in favor of Plaintiffs, Trustees of the Northern Illinois Pension Fund and against Defendant, Prime-Time Plumbing, Inc. and all other members of the Prime-Time Plumbing Control Group, in the amount of $7,735.47.

JUDGE WILLIAM J. HIBBLER

7-15-08

Hugh B. Arnold
Steven F. McDowell
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois     60604
(312) 236-0415
ATTORNEYS FOR PLAINTIFFS