IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, <br><br>             Plaintiffs, <br><br> v. <br><br> PRIME-TIME PLUMBING, INC., an Illinois corporation <br><br>             Defendant. | No. 08 C 2028 <br><br> Judge Hibbler <br><br> Magistrate Judge Schenkier |

### PLAINTIFF'S MOTION FOR ORDER OF TURNOVER

NOW COMES the Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, by and through its attorneys, DONALD D. SCHWARTZ, PHILIP BRZOZOWSKI and ARNOLD AND KADJAN, and pursuant to the provisions of Rule 69(a) of the Federal Rules of Civil Procedure and 735 ILCS Section 2-1402(c)(3), move this Court to enter an Order of Turnover requiring the Citation Respondent, Old Second National Bank, to turnover, deliver, and pay to Plaintiffs the amount of $7,139.64. In support of the Motion the Plaintiffs state as follows:

1. On July 15, 2008, this Court entered judgment in favor of Plaintiffs and against the Defendant in the amount of $7,735.47.

2.      Subsequently, the Clerk of the Court issued a Citation to Discover Assets returnable against Kane County Bank (currently known as Old Second National Bank) which was served on Citation Respondent.

3.      By Answer to the Citation, Old Second National Bank has confirmed that it holds the amount of $7,264.64 for judgment debtor in a checking account.  Of that amount, $7,139.64 is available for turnover after payment of a $125.00 bank processing fee.  A copy of the Answer so confirming is attached hereto as "Exhibit A."

4.      This Court may order turnover of the amount so held pursuant to Rule 69(a) of the Federal Rules of Civil Procedure (procedure on enforcement of judgment follows practice and procedure of the State where the court sits) and 735 ILCS Section 2-1402(c)(3) (when assets are discovered, the court may order "any person cited . . . to deliver up any assets so discovered to be applied in satisfaction of the judgment.").

WHEREFORE, Plaintiffs, pursuant to the provisions of Rule 69(a) of the Federal rules of Civil Procedure and 735 ILCS Section 2-1402(c)(3), to enter an Order requiring the Citation Respondent Old Second National Bank, to turnover, deliver, and pay to Plaintiffs the amount of $7,139.64.

                                        **TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, LOCAL 501, et al.**

                                        By:     s/Philip Brzozowski
                                                     One of Its Attorneys

STEVEN F. MCDOWELL
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415

**EXHIBIT A**

## ANSWER

Re: 08 C 2028 Trustees of the Northern Illinois Pension Fund vs Prime-Time Plumbing, Inc.

I, Brenda Sloan, certify under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Highlight one or more of the following and indicate the amount held:

1. Savings Account (amount withheld) $_____

2. Checking and/or Now Account (Amount withheld) $ 7,264.64

3. Certificate of Deposit (Amount held) $_____

4. Money Market Account (Amount held) $_____

5. Trust Account (Amount held) $_____

6. Safety Deposit Box $_____

7. No Accounts _____

8. Adverse Claimant: Name_____ Address_____

   _____ Amount withheld from Adverse Claimant: _____

9. Wages, Salary or Commissions _____

10. Other Personal Property (Describe) _____

Attach a sheet for additional information required by the Citation

Sub Total $7,264.64

Less right of offset for other loans  $-0-

Less deduction for fees limited by $125.00
205 ILCS 5/48.1

Total    $7,139.64-

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

*Brenda Sloan*
Agent for the Citation Respondent

State of Illinois
County of Kane
Subscribed to and sworn before me this 21 day of August, 2008.

*Rhonda S. McGinnis*
Notary Public

"OFFICIAL SEAL"
Rhonda S. McGinnis
Notary Public, State of Illinois
My Commission Exp. 10/28/2009

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PRIME-TIME PLUMBING, INC., an Illinois corporation <br><br> Defendant. | No. 08 C 2028 <br><br> Judge Hibbler <br><br> Magistrate Judge Schenkier |

## ORDER COMPELLING TURNOVER

THIS CAUSE coming on to be heard on the Motion of Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, by and through its attorneys, STEVEN F. MCDOWELL, PHILIP BRZOZOWSKI and ARNOLD AND KADJAN, and pursuant to the provisions of Rule 69(a) of the Federal Rules of Civil Procedure and 735 ILCS Section 2-1402(c)(3), for Turnover against Citation Respondent Old Second National Bank, due Notice having been given, counsel for Plaintiffs having appeared:

IT IS HEREBY ORDERED:

1.      That Citation Respondent, Old Second National Bank, is immediately to turnover, deliver, and pay to Plaintiffs the amount of $7,139.64 to Plaintiffs.

DATED: _____

ENTERED: _____
                        Hon. Judge Hibbler

STEVEN F. MCDOWELL  
PHILIP BRZOZOWSKI  
ARNOLD AND KADJAN  
19 W. Jackson Boulevard  
Chicago, Illinois  60604  
(312) 236-0415