IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PRIME-TIME PLUMBING, INC., an Illinois corporation <br><br> Defendant. | ) ) ) ) ) ) ) No. 08 C 2028 ) ) Judge Hibbler ) ) Magistrate Judge Schenkier ) ) ) ) ) ) ) |

## NOTICE OF MOTION

TO:   Timothy R. Griesmann, President
Prime-Time Plumbing, Inc
281 Fox Chase Drive N.
Oswego, IL 60543

**PLEASE TAKE NOTICE** that on **September 9, 2008 at 9:30 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Hibbler**, in the **Courtroom 1225** usually occupied by him in the Federal District Court, 219 S. Dearborn Street. Chicago, Illinois, and then and there move and present the attached Plaintiff's Motion for Order of Turnover.

Respectfully submitted,

TRUSTEES OF THE NORTHERN
ILLINOIS BENEFIT FUND, LOCAL
501, et al.

By: s/ Philip Brzozowski
       One of their Attorneys

STEVEN F. MCDOWELL
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008 I electronically filed the foregoing Notice of Motion and Plaintiff's Motion for Order of Turnover with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Timothy R. Griesmann, President
Prime-Time Plumbing, Inc
281 Fox Chase Drive N.
Oswego, IL 60543

**s/Philip Brzozowski**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 26, 2008