*MHN*

## ANSWER

Re:  08 C 2028 Trustees of the Northern Illinois Pension Fund vs Prime-Time Plumbing, Inc.

I, Brenda Sloan, certify under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Highlight one or more of the following and indicate the amount held:

**FILED**
8-25-2008
AUG 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1.  Savings Account (amount withheld) $_____

2.  Checking and/or Now Account (Amount withheld) $ 7,264.64 _____

3.  Certificate of Deposit (Amount held) $_____

4.  Money Market Account (Amount held) $_____

5.  Trust Account (Amount held) $_____

6.  Safety Deposit Box $_____

7.  No Accounts _____

8.  Adverse Claimant: Name_____Address _____

    _____Amount withheld from Adverse Claimant: _____

9.  Wages, Salary or Commissions _____

10. Other Personal Property (Describe)_____

    Attach a sheet for additional information required by the Citation

    Sub Total $7,264.64

    Less right of offset for other loans  $-0-

    Less deduction for fees limited by $125.00
    205 ILCS 5/48.1

    Total    $7,139.64-

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

*Brenda Sloan*

Agent for the Citation Respondent

State of Illinois
County of Kane
Subscribed to and sworn before me this 21 day of August, 2008.

*Rhonda S. McGinnis*
Notary Public

"OFFICIAL SEAL"
Rhonda S. McGinnis
Notary Public, State of Illinois
My Commission Exp. 10/28/2009